Daniel P. Struck, Bar No. 012377
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com

*Attorney for Defendant CoreCivic of Tennessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Zachary A. Kakar,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic of Tennessee, LLC,<br><br>Defendant. | NO. CV-26-06447-PHX-SHD (ASB)<br><br>**DEFENDANT CORECIVIC OF TENNESSEE, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant CoreCivic of Tennessee, LLC, in compliance with the provisions of: *(check one)*.

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed)*.

__________________________ Relationship _________________________

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed)*.

__________________________ Relationship _________________________

_____ Other (please explain)

_______________________________________________________________

_______________________________________________________________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 17th day of September, 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorney for Defendant CoreCivic of Tennessee, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I served the attached document and the Notice of Electronic Filing (NEF) by U.S. Mail, postage prepaid, on the following, who is not a registered user of the CM/ECF System:

Zachary A. Kakar (#14151-196)
Central Arizona Florence Correctional Complex (CAFCC)
P.O. Box. 6300
Florence, AZ 85132

/s/ C. Flajnik